UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY FASCE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>NESTLÉ HEALTH SCIENCE U.S., LLC (D/B/A NATURE'S BOUNTY),<br><br>   Defendant. | Case No.: 7:24-cv-01009-PMH |

<u>**DEFENDANT NESTLÉ HEALTH SCIENCE U.S., LLC'S MOTION TO DISMISS**</u>

 **DTO LAW**

 William A. Delgado
 Grace E. Schmidt
 307 5th Avenue, 12th Fl.
 New York, NY 10016
 Telephone: (213) 335-6999
 wdelgado@dtolaw.com
 gschmidt@dtolaw.com

 Attorneys for Defendant
 NESTLÉ HEALTH SCIENCE U.S., LLC

269939.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Nestle Health Science U.S., LLC ("NHS") hereby moves this Court, before the Honorable Philip M. Halpern, in Courtroom 520 of the Hon. Charles L. Brieant Jr. United States Courthouse, 300 Quarropas St., White Plains, New York, 10601-4150, for an order dismissing in part Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). NHS makes this Motion pursuant to the June 10, 2024 Order.

Plaintiff's New York General Business Law sections 349 and 350 claims fail to the extent they are based on purported omissions of publicly available information. In addition, Plaintiff lacks standing to seek injunctive relief because, as a past purchaser of the Product, he has failed to plausibly plead a threat of imminent, future harm. Finally, Plaintiff continues to assert a full refund damages theory as part of his GBL claims, which is incognizable under New York law.

This Motion is based upon this Notice, the accompanying Memorandum of Law, accompanying Request for Judicial Notice, complete record in this action, and other matters and arguments that may come before this Court, including those raised in connection with reply briefing and oral argument.

Respectfully submitted,

Dated: August 5, 2024

_____
William A. Delgado
**DTO LAW**

Attorneys for Defendant
NESTLÉ HEALTH SCIENCE U.S., LLC

1

269939.1