# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ANTHONY FASCE, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

NESTLÉ HEALTH SCIENCE U.S., LLC (D/B/A NATURE'S BOUNTY)

*Defendant*.

Case No. 7:24-cv-01009-PMH

## PLAINTIFF'S NOTICE REGARDING LIMITATION OF PROPOSED CLASS

Plaintiff herby provides notice that Plainti[ff is limiting the proposed] Nationwide class in his First Amended Complain[t. Plaintiff is limiting the First] Amended Complaint to a proposed New York cla[ss.]

In the First Amended Complaint, Plaintiff [alleged: (1) Violation of] New York Gen. Bus. Law § 349; (2) Violation of [ ]; [(3) Breach of] Express Warranty; (4) Breach of Implied Warran[ty; (5) ]; (6) Fraudulent Misrepresentation/Omission. For the first two causes of action, Plaintiff has always limited the proposed class to a New York class. For the latter four causes of action, Plaintiff previously alleged a proposed Nationwide Class and a proposed New York Class. Plaintiff hereby withdraws all allegations of a Nationwide Class, and limits the allegations to a proposed New York Class.

---

In light of Defendant's consent to the amendment (Doc. 28), Plaintiff's First Amended Complaint (Doc. 19) is deemed amended to eliminate all allegations of a Nationwide Class. The Court further deems the pending motion to dismiss (Doc. 23) as pressed against this pleading as amended.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        October 28, 2024

|  |  |
|---|---|
| Dates: October 17, 2024 | Respectfully submitted, |

/s/ Richard Lyon

Richard Lyon* (Cal. Bar No. 229288)
rick@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Zachary Arbitman*
George A. Donnelly
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com

*Admitted Pro Hac Vice

*Attorneys for Plaintiff*