# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY FASCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NESTLÉ HEALTH SCIENCE U.S., LLC (D/B/A NATURE'S BOUNTY)<br><br>*Defendant*. | Case No. 7:24-cv-01009-PMH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Anthony Fasce and Defendant Nestle Health Science U.S., LLC, stipulate to the dismissal, with prejudice, of Plaintiff Anthony Fasce's individual claims, and without prejudice to all claims for the putative class members in the above-captioned litigation. The parties waive their rights to appeal and will bear their own attorneys' fees and costs.

Dated: July 29, 2025

| | |
|---|---|
| **FELDMAN SHEPHERD** | **DTO LAW** |
| _____<br>Zachary Arbitman<br><br>*Counsel for Plaintiff* | _____<br>William A. Delgado<br><br>*Counsel for Defendant* |